1
2
3
4        **FILED** SEP - 7 2011
5        CLERK, U.S. DISTRICT COURT
6        CENTRAL DISTRICT OF CALIFORNIA
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,           )   Case No.: CR 00-01251-ABC
11                       Plaintiff,      )
                v.                       )   ORDER OF DETENTION
12                                       )   (FED.R. CRIM. P.32.1(a)(6); 18
     FABIO WILFREDO CONTRERAS, JR.       )   U.S.C. § 3143(a))
13                                       )
                         Defendant.      )
14                                       )
15
16       The defendant having been arrested in this District pursuant to a warrant
17   issued by the United States District Court for the __Central__
18   District of __California__ for alleged violation(s) of the terms and
19   conditions of probation or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
22   A.   (✓)  The defendant has not met his/her burden of establishing by clear and
23            convincing evidence that he/she is not likely to flee if released under
24            18 U.S.C. § 3142(b) or (c). This finding is based on the following:
25            • UNKNOWN BACKGROUND OR COMMUNITY TIES
26            • UNKNOWN AVAILABLE BAIL RESOURCES
27            • ALLEGED VIOLATION OF PRETRIAL RELEASE
28            • IMMIGRATION STATUS APPARENTLY UNDOCUMENTED

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/7/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge